# Order

**Michigan Supreme Court**
**Lansing, Michigan**

July 29, 2008

136474

PEOPLE OF THE STATE OF MICHIGAN,
    Plaintiff-Appellee,

v

KENNETH ANDERSON,
    Defendant-Appellant.

_____/

Clifford W. Taylor,
Chief Justice

Michael F. Cavanagh
Elizabeth A. Weaver
Marilyn Kelly
Maura D. Corrigan
Robert P. Young, Jr.
Stephen J. Markman,
Justices

SC: 136474
COA: 275080
Wayne CC: 06-000925-01

On order of the Court, the application for leave to appeal the April 1, 2008 judgment of the Court of Appeals is considered, and it is DENIED, because we are not persuaded that the questions presented should be reviewed by this Court.



I, Corbin R. Davis, Clerk of the Michigan Supreme Court, certify that the foregoing is a true and complete copy of the order entered at the direction of the Court.

July 29, 2008

_____
Clerk

l0721